**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


JOE TATE                                                                    PLAINTIFF


V.                                    No. 3:08CV00080 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                     DEFENDANT


## <u>ORDER</u>

On Motion of Plaintiff, his time for filing Plaintiff's Appeal Brief, or otherwise move,  is

hereby extended to and including August 25, 2008.

IT IS SO ORDERED this 4th day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE